```
                    FILED
                    April 13, 2010
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:09CR00507-01 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MARIA GONZALEZ-OCHOA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARIA GONZALEZ-OCHOA__, Case No. __2:09CR00507-01__, Charge __18 U.S.C. 1956(h)__, from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:~~

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $___

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)   __Defendant sentenced to Time Served.__

Issued at __Sacramento, CA__ on __April 13, 2010__ at __9:43 am__.

By _/s/ Lawrence K. Karlton_
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal